MAURICE J. SILVERSTEIN, Plaintiff-Appellant, v. ETHEL D. RHODES, Defendant-Appellee.

(No. 69-124;

Third District—February 18, 1971.

Opinion by Mr. PRESIDING JUSTICE STOUDER.

Robert H. Jones, of Peoria, for appellant.

McConnell, Kennedy, McConnell & Morris, of Peoria, for appellee.